No. D–542. IN RE DISBARMENT OF BOWLES. Disbarment entered. [For earlier order herein, see 474 U. S. 1079.]

No. D–548. IN RE DISBARMENT OF MARBLE. Disbarment entered. [For earlier order herein, see 475 U. S. 1079.]

No. 85–99. MESSERSCHMITT BOLKOW BLOHM, GMBH. v. WALKER ET AL. C. A. 5th Cir. The order entered April 21, 1986, granting the petition for writ of certiorari is vacated.

No. 85–6836. GUTIERREZ v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until June 30, 1986, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, JUSTICE BLACKMUN, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.

No. 85–1708. CALIFORNIA ET AL. v. CABAZON BAND OF MISSION INDIANS ET AL. Appeal from C. A. 9th Cir. Further consideration of question of jurisdiction postponed to hearing of case on the merits.

No. 85–1695. SOCIÉTÉ NATIONALE INDUSTRIELLE AÉROSPATIALE ET AL. v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA. C. A. 8th Cir. Certiorari granted.

No. 85–1433. RICHARDSON, WARDEN v. MARSH. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 85–5939. CRUZ v. NEW YORK. Ct. App. N. Y. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.